# 636 DECISIONS IN CASES NOT REPORTED.

[53h(a)636]
[59ad517]

Charles G. Stevens and others, Trustees, etc., Respondents, v. John L. Melcher and others, Executors, etc , Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Hiram B. Aylsworth, Respondent, v. James Gallagher, Appellant. — Motion denied.

Ormond G. Smith and others, Appellants, v. John S. Ogilvie, Respondent. Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Mary McCabe, as Administratrix, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs.

Glen Cove Manufacturing Company, Appellant, v. Leopold Sutro, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Alice M. Barrowcliffe, Respondent, v. Henry Cummins and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Bartlett, J.

John E. Risley, Respondent, v. James C. Jewett, Appellant. — Order affirmed, with ten dollars costs and disbursements of the appeal. Opinion by Barrett, J.

S. Skiddy Cochran and others, Appellants, v. William A. Wiechers, Impleaded, etc., Respondent. — Order reversed, with ten dollars costs and disbursements, and an order entered reviving the action as against the personal representatives of the deceased defendant. Opinion by Van Brunt, P. J.

James Chaskel, Appellant, v. The Metropolitan Elevated Railway Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The United States Life Insurance Company, Respondent, v. George W. Poillon, Appellant, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Robert F. Minto and others, Respondents, v. August Baur and others, Appellants. — Order modified as directed in opinion, without costs of this appeal. Opinion by Barrett, J.

In the Matter of the Petition of George W. McClean, Receiver of Taxes, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of the Probate of the Last Will and Testament of William Darling, Deceased. Amelia Delacroix, Respondent, v. Catherine Lefferts, Appellant. — Decree affirmed, with costs. Opinion Per Curiam.

Fannie Fruhauf, Respondent, v. Henry M. Bendheim, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Martin V. B. Smith, Respondent, v. Elizabeth J. Clarendon and others, Appellants. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Martin V. B. Smith, Respondent, v. Matthew E. Clarendon and others, Appellants. — Judgment affirmed, with costs. Opinion Per Curiam.

William W. Averell, Respondent, v. Amzi L. Barber and others, Appellants. — The interlocutory judgment should be affirmed as to all the appellants, except the Barber Asphalt Paving Company, and so far as that corporation is concerned should be reversed, with costs. Opinion by Bartlett, J.

Samuel McElroy, Respondent, v. The Continental Railway Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinions by Van Brunt, P. J., and Barrett, J.

Mary R. Van Campen, Appellant, v. John B. Ford, Individually, and as Executor, etc., Respondent. — Judgment affirmed, with costs. Opinion by Barrett, J.

Kate F. Brown, Respondent, v. J. Warren Lawton, Appellant. — Judgment affirmed, with costs. Opinion by Barrett, J.

Robert J. Hoguet and others, Respondents, v. Joseph Berkman and others, Appellants. —

Judgment and order reversed and new trial granted, with costs to the appellants to abide event. Opinion by Barrett J.

The Importers and Traders' National Bank, Respondent, v. Henry S. Burger and others, Appellants. — Judgment affirmed, with costs. Opinion by Barrett, J.

Samuel Jacoby, Respondent, v. Stephenson Silver Mining Company, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinions by Barrett, J., and Van Brunt, P. J.

Irene Pinto de Carrillo, Respondent, v. Enrique Carrillo, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Mary Williams, Respondent, v. Cornelius Williams, Appellant. — Judgment modified as specified in opinion, and as modified affirmed, without costs of this appeal. Opinions by Barrett, J., and Van Brunt, P. J.

Lorenzo D. Blanchard, Appellant, v. Hoboken Land and Improvement Company, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Christian Tobias and others, Appellants, v. Lazaraus Lissberger, Respondent. — Judgment reversed and new trial ordered, with costs to the appellants to abide event. Opinion by Daniels, J.

Farmers' Loan and Trust Company, Respondent, v. The Bankers and Merchants' Telegraph Company and others, Appellants (In the Matter of Roebling). — Order affirmed, with costs. Opinion Per Curiam.

In the Matter of the Claim of Sarah Bertholf, Appellant, v. Alfred Carr, Executor, etc., Respondent. — Order affirmed. Opinion Per Curiam.

Mary Fiske Paget, Appellant, v. Sarah Theresa Pease and others, Respondents. — Order affirmed, with costs. Opinion by Bartlett, J.; Macomber, J., dissents.

Foo Long, Respondent, v. Chu Fong, Appellant — Judgment reversed and new trial granted, with costs to appellant to abide event. Opinion by Bartlett, J.

The People of the State of New York ex rel. John Irving v. Stephen B. French and others, Commissioners, etc. — The proceedings affirmed and writ of certiorari dismissed, with costs. Opinion by Bartlett, J.

Julius J. Frank, Respondent, v. Edward A. Davis, Appellant. — Judgment directing the foreclosure and sale of the property affirmed, with costs. Opinion by Bartlett, J.

Catherine McIntyre, Appellant, v. Patrick Costello and others, Respondents. — Judgment reversed and new trial granted, with costs to appellant to abide event. Opinion by Bartlett, J.

Polly Bogert v. David J. Bogert. — Motion for reargument denied, with costs. Opinion by Cullen, J.

Henry Clews and others, Appellants, v. Cornelius Rielly, Respondent. — Judgment affirmed, with costs. Opinion by Cullen, J.

David Miller, Respondent, v. Sarah F. Mead, Appellant. — Judgment affirmed, with costs. Opinion Per Curiam.

Annie Konba, Respondent, v. Maria Horacek, Appellant. — Judgment reversed and new trial ordered, with costs to the appellants to abide event. Opinion by Van Brunt, P. J.

Frances H. Duclos and others, Appellants, v. Mary S. Benner, Individually and as Executrix, etc., Respondent. — Order reversed and petition dismissed, without costs. Opinion by Van Brunt, P. J.

James A. Webb, Respondent, v. John S. Pryer, Appellant, Impleaded, etc. — Judgment affirmed. Opinions by Daniels and Brady, JJ.

John G. Farnsworth, Receiver, etc., Respondent v. The Western Union Telegraph Company